**UNITED STATES of America, Appellee,**

v.

**Raymond A. POITRA, Appellant.**

No. 03–2343.

United States Court of Appeals, Eighth Circuit.

Submitted May 7, 2004.

Decided May 24, 2004.

David L. Peterson, U.S. Attorney's Office, Bismarck, ND, for Plaintiff–Appellee.

Raymond A. Poitra, Duluth, MN, pro se.

Richard L. Hagar, Kenner Law Firm, Minot, ND, for Defendant–Appellant.

Before MELLOY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Raymond A. Poitra pleaded guilty to charges relating to his embezzlement and theft of funds from an Indian tribal organization owned by the Turtle Mountain Band of Chippewa Indians. The district court[1] sentenced him to 57 months imprisonment and 2 years supervised release, and ordered restitution of $577,397. Poitra appeals.

The government moves to dismiss on the basis of an appeal waiver contained in the plea agreement. Poitra's counsel has moved to withdraw and filed a brief under *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), noting the appeal waiver and suggesting that no appealable issues exist. Poitra has filed a pro se supplemental brief raising issues related to his counsel's effectiveness and the validity of his guilty plea.

We enforce the appeal waiver and grant the government's motion to dismiss this appeal. *See United States v. Andis*, 333 F.3d 886, 889–90 (8th Cir.) (en banc), *cert. denied*, —— U.S. ——, 124 S.Ct. 501, 157 L.Ed.2d 398 (2003). Having reviewed the record independently under *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we have found no non-frivolous issues falling outside the scope of the appeal waiver. Accordingly, we grant counsel's motion to withdraw.

---

1. The Honorable Daniel L. Hovland, Chief Judge, United States District Court for the District of North Dakota.